**Order entered August 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01037-CR

**GARY ANTHONY SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-58529-H**

## ORDER

The Court **GRANTS** the State's August 3, 2015 motion to file an amended brief. We

**ORDER** the amended brief received on August 3, 2015 filed as of the date of this order.

We **STRIKE** the State's brief filed on July 29, 2015.


/s/     ADA BROWN
         JUSTICE